David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, JOSE JESUS GARCIA-HERRERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00121-NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** |
| vs. | |
| JOSE JESUS GARCIA-HERRERA, | |
| Defendant. | |

On July 30, 2020, Mr. Garcia-Herrera was allowed pretrial release and ordered to reside with his brother Efren Garcia and his family. To date, Mr. Garcia-Herrera has been in full compliance.

Recently, Mr. Garcia-Herrera's father has become seriously ill in Mexico. His brother Efren Garcia would like to travel to Mexico and care for their father.

Mr. Garcia-Herrera is requesting he be allowed to reside with his nephew Jorge Rodriguez and his family for the next ninety days, from March 8, 2021 to June 8, 2021.

Pretrial services is in agreement and requested I file a stipulation and order with the court.

STIPULATION AND ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE - 1

| | |
|---|---|
| Dated: March 5, 2021 | /s/ DAVID BALAKIAN
David Balakian,
Attorney for Defendant |
| Dated: March 5, 2021 | /s/ KATHLEEN A. SERVATIUS
Kathleen A. Servatius,
Assistant United States Attorney
Stipulation has been agreed to by Ms. Servatius |

### ORDER

It is hereby ordered Jose Jesus Garcia-Herrera shall reside with Jorge Rodriguez from March 8, 2021 to June 8, 2021. After that period, Jose Jesus Garcia-Herrera shall return to reside with Efren Garcia.

All other terms and conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 5, 2021**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE