David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, JOSE JESUS GARCIA-HERRERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20 CR 00121 NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | |
| JOSE JESUS GARCIA-HERRERA, | |
| Defendant. | |

    Mr. Garcia-Herrera is requesting he be allowed to reside with his nephew Jorge Rodriguez instead of Efren Garcia. Furthermore, Jorge Rodriguez will be the third party custodian instead of Efren Garcia.

    Pretrial services is in agreement with this request.

Dated: June 1, 2021        /s/ DAVID BALAKIAN
                                        David Balakian,
                                        Attorney for Defendant

Dated: June 1, 2021        /s/ STEPHANIE STOCKMAN
                                        Stephanie Stockman,
                                        Assistant United States Attorney Ms. Stockman
                                        agrees to this Stipulation.

**ORDER**

It is hereby ordered Jose Jesus Garcia-Herrera shall reside with Jorge Rodriguez. Jorge Rodriguez shall be the third party custodian.

All other terms and conditions shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: June 2, 2021

*Sheila K. Oberto*
United States Magistrate Judge