David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **JOSE JESUS GARCIA-HERRERA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE JESUS GARCIA-HERRERA,<br><br>  Defendant. | Case No.: 1:20 CR 00121 NONE SKO<br><br>**ORDER AND STIPULATION MODIFYING CONDITIONS OF RELEASE** |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of release shall be modified. The home detention condition in the Conditions of Release shall be vacated and replaced with a curfew as stated below.

"You must remain inside your residence every day from 8:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

All other previously ordered terms and conditions of release shall remain in full force and effect.

ORDER AND STIPULATION MODIFYING CONDITIONS OF RELEASE - 1

Pretrial Services is in agreement with this modification.

Dated: July 13, 2021		/s/ DAVID BALAKIAN
				David Balakian,
				Attorney for Defendant,
				JOSE JESUS GARCIA-HERRERA


Dated: July 13, 2021		/s/ STEPHANIE STOKMAN
				Stephanie Stokman,
				Assistant U.S. Attorney

				Stipulation has been agreed to by Ms. Stockman.

## ORDER

Pursuant to the parties' stipulation, the home detention condition in the Conditions of Release shall be vacated and replaced with a curfew as stated below.

"You must remain inside your residence every day from 8:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

All other previously ordered terms and conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __July 14, 2021__		/s/ Eric P. Grosj_____
				UNITED STATES MAGISTRATE JUDGE