David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, JOSE JESUS GARCIA-HERRERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20 CR 00121 NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | |
| JOSE JESUS GARCIA-HERRERA, | |
| Defendant. | |

     Mr. Garcia-Herrera is requesting he be allowed to reside with his daughter in Las Vegas, Nevada, due to financial hardship for the parties with the current arrangement.

     Pretrial services is in agreement with this request and has requested the included revised terms and conditions.

Dated: September 21, 2021     /s/ DAVID BALAKIAN
     David Balakian,
     Attorney for Defendant

Dated: September 21, 2021     /s/ STEPHANIE STOCKMAN
     Stephanie Stockman,
     Assistant United States Attorney Ms. Stockman
     agrees to this Stipulation.

**ORDER**

It is hereby ordered Mr. Garcia-Herrera shall reside at a location approved by the pretrial services officer and not move or absent himself from the residence for more than 24 hours without approval of the pretrial service officer.

Mr. Garcia-Herrera's travel shall be restricted to the Eastern District of California and the District of Nevada unless otherwise approved in advance by the pretrial services officer.

There shall be no third party custodian.

All other terms and conditions shall remain in full force and effect.

Dated: 9/21/2021

*Sheila K. Oberto*
United States Magistrate Judge