David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, JOSE JESUS GARCIA-HERRERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00121 NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | |
| JOSE JESUS GARCIA-HERRERA, | |
| Defendant. | |

Mr. Garcia-Herrera is requesting the location monitor and curfew conditions be removed from his release conditions. There have been no compliance issues.

Pretrial services is in agreement with this request.

Dated: November 9, 2022        /s/ DAVID BALAKIAN
                                David Balakian,
                                Attorney for Defendant

Dated: November 9, 2022        /s/ STEPHANIE STOCKMAN
                                Stephanie Stockman,
                                Assistant United States Attorney Ms. Stockman
                                agrees to this Stipulation.

**ORDER**

It is hereby ordered that the location monitor and curfew conditions be removed from Jose Jesus Garcia-Herrera release conditions.

All other terms and conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**November 10, 2022**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE