PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LUPE AIME BUSIO VALENCIA AND JOSE J. GARCIA HERRERA,<br><br>      Defendants. | CASE NO. 1:20-CR-00121-JLT-SKO<br><br>STIPULATION TO VACATE STATUS CONFERENCE; ORDER<br><br>DATE: August 30, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for status conference on August 30, 2023.

2. The matter was previously set for jury trial on April 9, 2024, and trial confirmation set for March 18, 2024, with an exclusion of time until April 9, 2024, under Local Code T4.

3. The parties further requested an additional status conference on this matter, for August 30, 2023.

//

//

//

4. By this stipulation, the parties now move to vacate the status conference set for August 30, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 25, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: August 25, 2023 | /s/ David Balakian<br>David Balakian<br>Counsel for Defendant<br>JOSE J. GARCIA HERRERA |
| Dated: August 25, 2023 | /s/ Nicholas Reyes<br>Nicholas Reyes<br>Counsel for Defendant<br>LUPE AIME BUSIO VALENCIA |

**ORDER**

IT IS SO ORDERED.

DATED: 8/25/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE